**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In the Matter of | ) |
| | ) Civil Action Nos. |
| Milan Kotevski | ) 24 CV 00556 |

**EXECUTIVE COMMITTEE ORDER**

On December 6, 2023, Milan Kotevski entered the Dirksen U.S. Courthouse. While present, he made several inappropriate and threatening statements. These remarks caused concern for the safety of individuals. Representatives of the United States Marshals Service were called to provide assistance and investigated the matter.

The Court's Executive Committee finds that there is sufficient cause for concern regarding Mr. Kotevski's conduct if he is not escorted during his time in the Dirksen U.S. Courthouse in Chicago, Illinois or the Roszkowski U.S. Courthouse in Rockford, Illinois.

IT IS, THEREFORE, HEREBY ORDERED THAT to maintain judicial security, Mr. Kotevski is ordered to sign in upon arrival at the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois, 60604 or in the Stanley J. Roszkowski U.S. Courthouse at 327 S. Church Street, Rockford, Illinois 61101, and

IT IS FURTHER ORDERED THAT a representative of the U.S. Marshals Service shall accompany Mr. Kotevski at all times while he is present in the Dirksen U.S. Courthouse or in the Stanley J. Roszkowski U.S. Courthouse, and

IT IS FURTHER ORDERED THAT a miscellaneous file with the title "In the Matter of: Milan Kotevski" and case number 24 CV 00556 shall serve as the repository of this order, and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures.

IT IS ALSO ORDERED that the Clerk shall cause a copy of this order to be left at the security desk in the lobby to hand to Mr. Kotevski the next time he enters one of the courthouses of the Northern District of Illinois.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 23rd day of January 2024.